

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 03-356** |
| **CHANCE PICHON** | **SECTION: "L"** |

### ORDER

Considering the foregoing:

**IT IS ORDERED** that the appearance bond in the amount of $100,000.00 be cancelled and that the Copy of the Mortgage and Original Note be marked canceled and returned to Jerry and Freddy Pichon.

New Orleans, Louisiana, this 13TH day of July, 2005.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____